### WILLIS v. AKIN, administrator.

LUMPKIN, J. Under the pleadings and evidence in this case, there was no error in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

Submitted February 7,—Decided May 19, 1908.

Petition for injunction. Before Judge Reagan. Pike superior court. December 3, 1907.

*C. J. Lester,* for plaintiff. *E. F. Dupree,* for defendant.